RICHARD SIEGMAN, appellant,

*v.*

GEORGE H. DAY et al., respondents.

[Filed March 11th, 1903.]

On appeal from a decree in chancery sustaining a demurrer to a bill of complaint and dismissing the bill. See *18 Dick. Ch. Rep. 422.*

PER CURIAM.

The facts set out in the bill of complaint in this cause are, in their legal effect, identical with those exhibited in the bill in the case of *Siegman* v. *Maloney*, decided at the present term of this court. For the reasons stated in the opinion filed in that case, the decree brought up by this appeal should be affirmed.

*For reversal*—None.